## Eugene CLARK v. STATE.
### No. 15346.

Court of Criminal Appeals of Texas.
May 18, 1932.

Jno. R. Francis and P. V. Myers, both of Houston, for appellant.

O'Brien Stevens, Cr. Dist. Atty., and E. T. Branch, both of Houston, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for assault to murder; punishment, five years in the penitentiary.

The record is here without a statement of facts. There are no bills of exception. We find what purports to be exceptions to the charge of the court. The nature of the exceptions is such that same cannot be appraised in the absence of the facts to which same mainly relate.

No error appearing, the judgment will be affirmed.

## CLARK v. STATE.
### No. 15347.

Court of Criminal Appeals of Texas.
May 18, 1932.

Jno. R. Francis and Pliney V. Myers, both of Houston, for appellant.

O'Brien Stevens, Cr. Dist. Atty., and E. T. Branch, both of Houston, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for assault with intent to murder; punishment being five years in the penitentiary.

The record is here without statement of facts or bills of exception. In this condition nothing is presented for review.

The judgment is affirmed.

## JORDAN v. STATE.
### No. 15390.

Court of Criminal Appeals of Texas.
May 18, 1932.

J. A. Johnson, of Stephenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for driving an automobile upon the public road while the driver was intoxicated; punishment being one year in the penitentiary.

We find in the record an instrument which purports to have been signed by appellant, asking to withdraw his appeal. It is not verified as required in such cases. Paul v. State, 17 Tex. App. 583; Catron v. State, 63 Tex. Cr. R. 377, 140 S. W. 227. Other authorities are collated under section 589, Branch's Ann. Tex. P. C.

No statement of facts or bills of exception are found in the record. In this condition nothing is presented for review.

The judgment is affirmed.